130 A.3d 1281

**In re Dawn A. SEGAL, Municipal Court Judge, First Judicial District Philadelphia County.**

**Petition of Dawn A. Segal.**

**No. 158 EM 2015.**

Supreme Court of Pennsylvania.

Jan. 22, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of January, 2016, the Petition for the Allowance of a Subpoena Pursuant to Pa.R.J.A. 1701 is **GRANTED.**

Justice EAKIN did not participate in the consideration or decision of this matter.